370 P.2d 908

**Don LOHBECK, Petitioner,**

v.

**M. V. ORTIZ, Sheriff of Santa Fe County, New Mexico, and A. B. Martinez, Chief of Police of the City of Santa Fe, New Mexico, Respondents.**

No. 7078.

Supreme Court of New Mexico.

Dec. 8, 1961.

Order

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices.

Ordered that the petitioner, Don Lohbeck, be and he hereby is released from the custody of the said respondent pursuant to the order of the Honorable Luis E. Armijo affixed to the petition on file herein and this order shall be effective forthwith.

370 P.2d 908

**Jack P. McCRAW, Petitioner,**

v.

**STATE PRISON WARDEN, Respondent.**

No. 6613.

Supreme Court of New Mexico.

May 2, 1962.

COMPTON, Chief Justice, and CARMODY and CHAVEZ, Justices, concurring; MOISE and NOBLE, Justices, not participating.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of certiorari is denied for the reason that the filing of a petition for writ of habeas corpus does not afford ground for issuance of a writ of certiorari.

370 P.2d 908

**Bill HODGE, Petitioner,**

v.

**Harold A. COX, Warden of the New Mexico State Penitentiary, and The State of New Mexico et al., Respondents.**

No. 7120.

Supreme Court of New Mexico.

May 2, 1962.

COMPTON, Chief Justice, and CARMODY and CHAVEZ, Justices, concurring; MOISE and NOBLE, Justices, not participating.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for the reason that the petitioner has not exhausted his remedy in the district court.